UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No.: 13-cr-10023-DPW |
| MICHAEL E. McLAUGHLIN, | ) |
| Defendant. | ) |

**AMENDMENT TO MOTION**

The movants hereby respectfully amend Dkt No. 20 to reflect a prayer amount of $556,324.[1]

Respectfully submitted,

CHELSEA HOUSING AUTHORITY,

By its Attorneys,

/s/ Ronaldo Rauseo-Ricupero
J. William Codinha (BBO # 087740)
Cornelius J. Moynihan, Jr. (BBO #358840)
Ronaldo Rauseo-Ricupero (BBO #670014)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel:  (617) 345-1000
jcodinha@nixonpeabody.com

CHELSEA CITYWIDE TENANTS ASSOCIATION,

By its Attorney,

/s/ Jay Rose
Jay Rose (BBO # 550924)
GREATER BOSTON LEGAL SERVICES
197 Friend Street
Boston, Massachusetts 02114
Tel:  (617) 603-1651
Fax: (617) 371-1222
jrose@gbls.org

Dated: June 13, 2013

**CERTIFICATE OF SERVICE**

I, Ronaldo Rauseo-Ricupero, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Ronaldo Rauseo-Ricupero
Ronaldo Rauseo-Ricupero

---

[1] The prayer amount of $548,192 originally set forth in Dkt. No. 20 constituted an inadvertent calculation error.

14506139.1